# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVE SANTHUFF | CIVIL ACTION NO. 17-cv-1404-JWD-EWD |
| VERSUS | JUDGE JOHN W. deGRAVELLES |
| UNITED PARCEL SERVICE, INC., AND PAUL WITT | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

## JOINT NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, come plaintiff, Steve Santhuff and defendants, United Parcel Service, Inc. and Paul Witt, who pursuant to Local Rule 16(c), hereby notify the Court that the parties have reached a tentative settlement of this matter. The parties are currently preparing the documents reflecting the terms of the settlement.

The parties respectfully request that the Court issue an order conditionally dismissing the case, reserving the right of any party upon good cause shown to reinstate the action if the settlement is not consummated within sixty (60) days from the conditional order of dismissal.

Respectfully submitted,

**SCOTT D. WILSON, APLC**

*/s/ Scott. D. Wilson*
Scott D. Wilson, Bar Roll No. 19835
533 Europe Street
Baton Rouge, Louisiana 70802
Telephone: 225-388-9788
Facsimile: 225-344-1200
Email: sdwilsonlaw@aol.com

ATTORNEY FOR PLAINTIFF, STEVE SANTHUFF

AND

**PHELPS DUNBAR LLP**

PD.27615817.1

-2-

        */s/ Molly C. McDiarmid*
Susan W. Furr, Bar Roll No. 19582
Molly C. McDiarmid, Bar Roll No. 36426
II City Plaza | 400 Convention Street
Suite 1100
Baton Rouge, Louisiana 70802-5618
Post Office Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: 225-346-0285
Facsimile: 225-381-9197
Email: susie.furr@phelps.com
       molly.mcdiarmid@phelps.com

ATTORNEYS FOR DEFENDANT UNITED PARCEL SERVICE, INC. AND PAUL WITT

## **CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing Joint Notice of Settlement was filed on this 13th day of December, 2019 with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

        */s/ Molly C. McDiarmid*
        Molly C. McDiarmid

PD.27615817.1